UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDRE CARPENTER                                    CIVIL ACTION

VERSUS                                             NUMBER: 22-2119

UNIVERSITY OF HOLY CROSS, ET AL.                   DIVISION "5"

## JUDGMENT

Given this Court's Order dated February 2, 2023 (rec. doc. 19),

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby rendered in favor of Defendants University of Holy Cross and Angela Ruiz, dismissing Plaintiff's federal claims under 42 U.S.C. §§ 1981 and 1983 with prejudice and Plaintiff's pendent state-law claims without prejudice.

New Orleans, Louisiana, this  2nd  day of _____February_____, 2023.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE